No. 02–5411. RASTAFARI *v.* DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied. ■

No. 02–5413. SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5414. BANDERA-ROSAS, AKA PENA ARREOLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–5415. BONOLA *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5416. GIEGLER *v.* HONE. Ct. App. Mich. Certiorari denied.

No. 02–5417. HARRISON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5418. FAULKNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–5420. HILL *v.* GHEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–5421. GARCIA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–5422. GIBSON *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 02–5423. FLETCHER *v.* DISTRICT OF COLUMBIA BOARD OF PAROLE ET AL. Ct. App. D. C. Certiorari denied. ■

No. 02–5424. RAMIREZ-PINA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. ■

No. 02–5425. SIMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–5426. SHAKOOR *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.